In the United States District Court

for the __Eastern__ District of __New York__

United States of America

v.

__Nicola Brito__

Criminal No. 07 Cr. 756 (NG)

**08 CRIM 472**

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2008 ★

BROOKLYN OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

I, __Nicola Brito__, defendant, have been informed that an __indictment__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead __guilty__ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under arrest__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: _____, 19__ 2008 at _____

__Nicolas Brito__
(Defendant)

__Don Buchwald__
(Witness)

(Counsel for Defendant)

A TRUE COPY
ATTEST
DATE 5/20 2008
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

Approved

__Michael J. Garcia by Marshall A. Camp__
United States Attorney for the
__Southern__ District of NY

__Benton Campbell by Paul Schoeman__
United States Attorney for the
__Eastern__ District of NY