```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2008

**By Hand**



Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street, Room 1630
New York, N.Y. 10007

    Re: **United States v. Nicolas Brito**,
        08 Cr. 281 (JFK); 08 Cr. 472 (TPG)

Dear Judge Griesa:

    I write to advise the Court of the pendency of a related case, Indictment 08 Cr. 281, which is assigned to Judge Keenan, and to request consolidation of the two cases before a single Judge.

    The Indictment pending before Judge Keenan, 08 Cr. 281, was filed on or about March 28, 2008. In connection with a contemplated guilty plea, the defendant agreed to a transfer of a separate and closely-related indictment then pending in the Eastern District of New York, to which he also expects to plead guilty. That indictment was transferred to this District pursuant to Rule 20 and wheeled out to Your Honor on or about May 27, 2008.

Hon. Thomas P. Griesa
June 9, 2008
Page 2

      In order to facilitate the entry of guilty pleas and sentencing in these matters, the Government respectfully requests that the two indictments be consolidated before a single Judge. Government counsel has spoken with Your Honor's courtroom deputy clerk, who indicated that the Court would likely consent to consolidation of the matters before Judge Keenan given the earlier pendency of the case assigned to Judge Keenan.

                      Very truly yours,

                      MICHAEL J. GARCIA
                      United States Attorney
                      Southern District of New York

By: _____/s/_____
     Marshall A. Camp
     Assistant United States Attorney
     Tel: (212) 637-1035
     Fax: (212) 637-0086

cc: Don D. Buchwald, Esq. (by fax: 212-808-7897)

*Pursuant to Judge Griesa's instructions, this case can be transferred to Judge Keenan. So ordered.*

*G. Koeltl*
*U.S.D.J.*
*Part I*
*6/11/08*